UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNA M. NOWAK,

                     Plaintiff,

        -vs-

UNITED STAFFING REGISTRY, INC. d/b/a
United Home Care, BENJAMIN H. SANTOS,
and WEST SIDE GI, LLC,

                     Defendants.
------------------------------------------------------------X

1:19 Civ. 6455 (FB) (SJB)

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all remaining parties, that this action be and hereby is dismissed without prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii).

Dated: New York, New York
       August 21, 2020

THE HOWLEY LAW FIRM P.C.

By: _____
    John J.P. Howley
    *Attorneys for Plaintiff*
    225 West 34th Street, 9th Floor
    New York, New York 10122
    Phone: (212) 601-2728

GORDON REES SCULLY
MANSUKHANI LLP

By: /s/ Jeffrey Camhi
    Ryan Sestak, Esq.
    Jeffrey A. Camhi, Esq.
    *Attorneys for Defendant*
    *West Side GI, LLC*
    One Battery Park Plaza, 28th Floor
    New York, New York 10004
    Phone: (212) 269-5500